SEALED

FILED

JUN 0 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12 CR 00172 - AWI DLB |
| Plaintiff, | ORDER SEALING INDICTMENT PURSUANT TO RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| LUIS GARCIA, AKA "GOOFY," | |
| Defendant. | **UNDER SEAL** |

IT IS HEREBY ORDERED THAT for reasons stated in the government's sealing application, the indictment in this matter, the related sealing application, and this sealing order shall be SEALED in the interest of justice until further order of the court.

Dated: June 7, 2012

HON. BARBARA A. McAULIFFE
U.S. Magistrate Judge