BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LUIS GARCIA, AKA "GOOFY,"<br><br>　　　　　Defendant. | CASE NO.  1:12-CR-172-AWI-DLB<br><br>**APPLICATION AND ORDER TO UNSEAL INDICTMENT** |

　　　　The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as the defendant has been apprehended.

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: July 13, 2012　　　　　　　　　　By:　/s/ Yasin Mohammad
　　　　　　　　　　　　　　　　　　　　　　　　YASIN MOHAMMAD
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-172-AWI-DLB |
| Plaintiff, ) | **ORDER UNSEALING INDICTMENT** |
| v. ) | |
| LUIS GARCIA, AKA "GOOFY," ) | |
| Defendant. ) | |

    IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as the defendant has been apprehended.

IT IS SO ORDERED.

Dated:   **July 16, 2012**           /s/ Dennis L. Beck
                                                                      UNITED STATES MAGISTRATE JUDGE