HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00172 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ) ) | ORDER THEREON |
| LUIS ALBERTO GARCIA, | ) ) | Date:   May 19, 2014 Time:  10:00 a.m. |
| Defendant. | ) ) | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by the parties, through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Luis Alberto Gonzalez, that the date for status conference in this matter may be continued to May 19, 2014, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is April 14, 2014.  The requested new date is May 19, 2014.**

Counsel Eric Kersten has been advised by defendant Garcia that Mr. Garcia is in the process of retaining attorney Roger Litman to represent him, and Mr. Litman has confirmed this information. Current counsel will be out of the office on April 14, 2014, and Mr. Litman is preparing to leave on vacation and will not be returning until the middle of May.  This continuance is requested to allow time for the substitution of counsel process to be completed, and to allow for the presence of Mr. Litman at the next hearing.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 9, 2014        By */s/ Laurel J. Montoya*
                            LAUREL J. MONTOYA
                            Assistant United States Attorney
                            Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: April 9, 2014        By */s/ Eric V. Kersten*
                            ERIC V. KERSTEN
                            Assistant Federal Defender
                            Attorney for Defendant
                            LUIS ALBERTO GARCIA


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 10, 2014                              _____
                                                    SENIOR DISTRICT JUDGE