ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.  1:12-cr-00172 AWI/BAM |
| Plaintiff,  ) | |
| ) | **STIPULATION AND** |
| vs.  ) | **ORDER TO CONTINUE STATUS** |
| ) | **CONFERENCE** |
| LUIS ALBERTO GARCIA,  ) | |
| Defendant.  ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing in this matter, currently calendared for November 10, 2014 at 1:00 p.m., be continued to November 24, 2014  at 1:00 p.m. before the Hon. Barbara A. McAuliffe.

The continuance is necessitated to allow additional time for defense counsel to review discovery and meet with his client.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 15, 2014            /s/ Laurel Montoya
                                      LAUREL MONTOYA
                                      Assistant United States Attorney
                                      This was agreed to by Ms. Montoya
                                      via telephone on September 15, 2014

1

1  
2  DATED:  September 15, 2014            /s/ Roger K. Litman                              _  
                                          ROGER K. LITMAN  
                                          Attorney for Defendant  
3                                         LUIS ALBERTO GARCIA  

4  
5  IT IS SO ORDERED that the 11th Status Conference (2nd with attorney Litman) is continued from

November 10, 2014 to November 24, 2014 at 1:00 PM before Judge McAuliffe.  Time is

excluded  18 USC 3161 (h)(**7**)(A) and 3161 (h)(**7**)(B)(i).

6  
7  
8  
9  IT IS SO ORDERED.

10     Dated:    **September 15, 2014**               /s/ *Barbara A. McAuliffe*           _  
                                                UNITED STATES MAGISTRATE JUDGE
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28