ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  1:12-cr-00172 AWI/BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LUIS ALBERTO GARCIA, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing in this matter, currently calendared for November 24, 2014 at 1:00 p.m., be continued to January 12, 2015 at 1:00 p.m., before the Hon. Barbara A. McAuliffe.

The continuance is necessitated as defense counsel needs additional time to investigate the ramifications of the recent order of the Superior Court of the State of Washington awarding Mr. Garcia full custody of his twenty month old daughter.

In addition, the government will use the additional time to determine the affect, if any, on an offer of settlement extended to Mr. Garcia's previous counsel and, if appropriate, will amend the earlier tendered plea memo.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 20, 2014        /s/ Laurel Montoya
                                 LAUREL MONTOYA
                                 Assistant United States Attorney
                                 This was agreed to by Ms. Montoya
                                 via email on November 20, 2014

1

DATED:  November 20, 2014        /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 LUIS ALBERTO GARCIA

                                 ORDER

IT IS SO ORDERED that the 11th Status Conference (2nd with Attorney Litman) be continued from November 24, 2014 to January 12, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(I).

Dated:  **November 20, 2014**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE