ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LUIS GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>LUIS GARCIA,   )<br>   )<br>   Defendant.   )<br>   )<br>_____ ) | CASE NO. 1:12-CR-00172 AWI/BAM<br><br>**WAIVER OF PERSONAL PRESENCE OF LUIS GARCIA; ORDER** |

    Defendant LUIS GARCIA, waives his right to be present in open Court upon the hearing of any motion or other proceeding in this case, past or future, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Roger K. Litman, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in his absence.

1

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes his attorneys to set times and delays under the Act without Defendant being present.,

Respectfully submitted,

DATED: February 11, 2015         /s/ Luis Garcia
                                 LUIS GARCIA


DATED: February 26, 2015         /s/ Roger K. Litman
                                 ROGER K. LITMAN,
                                 Attorney for the Defendant,
                                 LUIS GARCIA


**ORDER**

IT IS SO ORDERED.

   Dated:  **March 2, 2015**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE