ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:12-cr-00172 AWI/BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| LUIS ALBERTO GARCIA, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing in this matter, currently calendared for March 23, 2015 at 1:00 p.m., be continued to April 13, 2015 at 1:00 p.m., before the Hon. Barbara A. McAuliffe.

The continuance is necessitated to allow sufficient time for defense counsel and Mr. Garcia, who resides in the State of Washington, to discuss the recently extended offer of settlement.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 19, 2015         /s/ Laurel Montoya
                               LAUREL MONTOYA
                               Assistant United States Attorney
                               This was agreed to by Ms. Montoya
                               via telephone on March 19, 2015


DATED:  March 19, 2015         /s/ Roger K. Litman
                               ROGER K. LITMAN
                               Attorney for Defendant
                               LUIS ALBERTO GARCIA

1

ORDER

IT IS SO ORDERED that the 12th Status Conference, 3rd with Attorney Roger Litman, is continued from March 23, 2015 to April 13, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(I).

Dated:   **March 19, 2015**             /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE