1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3
   Telephone:  (559) 237-6000
4
   Attorney for Defendant, LUIS ALBERTO GARCIA
5

6  IN THE UNITED STATES DISTRICT COURT FOR THE

7  EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,           )   CASE NO.  1:12-cr-00172-AWI-BAM
                                       )
9      Plaintiff,                      )
                                       )   **STIPULATION AND**
10 vs.                                 )   **ORDER TO CONTINUE**
                                       )   **STATUS CONFERENCE**
11 LUIS ALBERTO GARCIA,                )
                                       )
12     Defendant.                      )
   _____ )

13     The parties hereto, by and through their respective attorneys, stipulate and agree that the

14 status hearing in this matter, currently calendared for April 13, 2015 at 1:00 p.m., be continued to

15 May 11, 2015 at 10:00 a.m. before the Hon. Anthony W. Ishii for entry of guilty plea.

16     The continuance is necessitated as the parties have reached a resolution in this action.

17     The parties also agree that any delay resulting from this continuance shall be excluded in

18 the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

19
20 DATED:  April 8, 2015              /s/ Laurel Montoya
                                      LAUREL MONTOYA
21                                    Assistant United States Attorney
                                      This was agreed to by Ms. Montoya
22                                    In person on April 8, 2015

23
   DATED:  April 8, 2015              /s/ Roger K. Litman
24                                    ROGER K. LITMAN
                                      Attorney for Defendant
25                                    LUIS ALBERTO GARCIA

26 IT IS SO ORDERED.

27 Dated:  April 8, 2015               _____
                                       SENIOR DISTRICT JUDGE
28

1