ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721

Telephone: (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-cr-00172-AWI-BAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO CONTINUE SENTENCING** |
| LUIS ALBERTO GARCIA, ) | |
| Defendant. ) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing date of October 26, 2015 be continued to November 30, 2015 at 10:00 a.m. before the Hon. Anthony W. Ishii, that informal objections to the draft probation report are due by November 2, 2015, and any formal objections are to be filed with the court by November 16, 2015.

    The continuance of the sentencing date is necessitated to allow defense attorney, who did not receive the draft probation report until September 23, 2015, to allow sufficient time to review the draft report with his client, a resident of the State of Washington.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 28, 2015        /s/ Laurel Montoya
                                             LAUREL MONTOYA
                                             Assistant United States Attorney
                                             This was agreed to by Ms. Montoya
                                             via telephone on September 25, 2015

1
2
3   DATED:   September 28, 2015          /s/ Roger K. Litman
                                         ROGER K. LITMAN
4                                        Attorney for Defendant
                                         LUIS ALBERTO GARCIA
5   IT IS SO ORDERED.

6   Dated:   September 28, 2015          _____
7                                        SENIOR  DISTRICT  JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28