1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California  93721

4  Telephone:  (559) 237-6000

5  Attorney for Defendant, LUIS ALBERTO GARCIA

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,          )  CASE NO.  1:12-cr-00172-AWI-BAM
9                                      )
          Plaintiff,                   )
10                                     )  **STIPULATION AND ORDER**
   vs.                                 )  **TO CONTINUE SENTENCING**
11                                     )
   LUIS ALBERTO GARCIA,                )
12                                     )
          Defendant.                   )
13  _____   )

14         The parties hereto, by and through their respective attorneys, stipulate and agree that the

15  sentencing date of November 30, 2015 be continued to January 25, 2016 at 10:00 a.m. before the

16  Hon. Anthony W. Ishii, that informal objections to the draft probation report are due by

17  December 28, 2015, and any formal objections are to be filed with the court by January 11, 2016.

18         This continuance is necessitated by logistical impediments encountered by defense

19  counsel related to the closure of his office of 23 years and family health issues that have

20  precluded defense counsel from addressing a significant unexpected issue raised in the draft

21  probation report.  It is anticipated that the additional continuance will be sufficient to allow

22  defense counsel to relocate his office, address sentencing issues in this matter, and hopefully, deal

23
24  with the family health issues.

25         The parties also agree that any delay resulting from this continuance shall be excluded in

26  the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

27
28

                                           1

1  DATED:   October 26, 2015                    /s/ Laurel Montoya
                                                LAUREL MONTOYA
2                                               Assistant United States Attorney
                                                This was agreed to by Ms. Montoya
3                                               via email on October 22, 2015

4

5  DATED:   October 26, 2015                    /s/ Roger K. Litman
                                                ROGER K. LITMAN
6                                               Attorney for Defendant
                                                LUIS ALBERTO GARCIA
7

8  IT IS SO ORDERED.

9  Dated:   October 27, 2015          _____
10                                       SENIOR  DISTRICT  JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2