ROGER K. LITMAN, 57634
Attorney at Law
7726 N. First Street, #352
Fresno, California  93720

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:12-cr-00172 AWI/BAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| LUIS ALBERTO GARCIA, ) | |
| Defendant. ) | |
| ─────────────────────── ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing date of January 25, 2016 be continued to February 29, 2016 at 10:00 a.m. before the District Judge Anthony W. Ishii.  Informal objections to the draft probation report are due by February 1, 2016, and any formal objections are to be filed with the court by February 15, 2016.

This continuance is necessitated by defense counsel's need to be available and to attend to a family medical situation which will make him unavailable during the month of January, 2016. Defense counsel's wife will be undergoing surgery on January 22, 2016.

Mr. Garcia has been advised of the reason for the agreed to continuance; he has no objection to the new sentencing date or the exclusion of time.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED:  December 19, 2015        /s/ Laurel Montoya
                                 LAUREL MONTOYA
                                 Assistant United States Attorney

1

This was agreed to by Ms. Montoya via email on December 18, 2015

DATED:   December 19, 2015          /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
LUIS ALBERTO GARCIA


IT IS SO ORDERED.

Dated:   December 23, 2015          _____
SENIOR  DISTRICT  JUDGE