ROGER K. LITMAN, 57634
Attorney at Law
7726 N. First Street, #352
Fresno, California  93720

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LUIS ALBERTO GARCIA,<br><br>　　　　Defendant.<br>_____ | CASE NO.  1:12-cr-00172 AWI/BAM<br><br>**STIPULATION AND<br>ORDER TO CONTINUE SENTENCING** |

　　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing hearing currently calendared for February 29, 2016 at 10:00 a.m. before the Hon. Anthony W. Ishii, be continued to July 25, 2016 at 10:00 a.m.  Formal objections are to be filed with the court by July 11, 2016.

　　　　The parties agree that good cause exists, based on information provided to the Government and probation officer regarding Mr. Garcia's positive comportment since moving to the State of Washington in 2012, and the daily care provided by Mr. Garcia to his disease stricken 3 year old daughter.

　　　　The additional time afforded by the continuance of sentencing will allow the Government to monitor and confirm Mr. Garcia's conduct, and for defense counsel to obtain additional documentation regarding care options and a condition update for Mr. Garcia's daughter.

///

///

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

DATED:  February 9, 2016

/s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
This was agreed to by Ms. Montoya via email on February 9, 2016

DATED:  February 9, 2016

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
LUIS ALBERTO GARCIA

IT IS SO ORDERED.

Dated:   February 10, 2016

SENIOR DISTRICT JUDGE

2