ROGER K. LITMAN, 57634
Attorney at Law
7726 N. First Street, #352
Fresno, California  93720

Telephone:  (559) 237-6000

Attorney for Defendant, LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:12-cr-00172 AWI/BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| LUIS ALBERTO GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing date of July 25, 2016 be continued to August 8, 2016 at 10:00 a.m. before the Hon. Anthony I Ishii, Senior District Court Judge.  Any formal objections are to be filed with the court by August 1, 2016.

This continuance is necessitated by the particular familiarity the assigned Assistant United States Attorney possesses regarding the circumstances of this case.  The prosecutor and defense counsel are both available on August 8, 2016.

Mr. Garcia has been advised of the reason for the agreed to continuance; he has no objection to the new sentencing date or the exclusion of time.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(7)(A) and 3161(h)(7)(B)(1).

1

| | | |
|---|---|---|
| 1 | DATED:  July 6, 2016 | /s/ Laurel Montoya |
| 2 | | LAUREL MONTOYA<br>Assistant United States Attorney |
| 3 | | This was agreed to by Ms. Montoya<br>via email on July 5, 2016 |
| 4 | | |
| 5 | DATED:  July 6, 2016 | /s/ Roger K. Litman |
| 6 | | ROGER K. LITMAN<br>Attorney for Defendant |
| 7 | | LUIS ALBERTO GARCIA |

IT IS SO ORDERED.

Dated:  July 8, 2016

_____
SENIOR  DISTRICT  JUDGE

2